EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# _____ DIVISION at _____

CIVIL ACTION NO. 6:19-cv-151-REW (Court Clerk will supply)

Reginald Baldwin
PLAINTIFF

VS:

Officer FNU Hudson
Officer FNU Whittaker
Officer FNU Wilson

(do not use "et al.",
enter full names)

DEFENDANTS

Eastern District of Kentucky
FILED
JUN 24 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Demand for Jury Trial:
Yes ( ✓ )  No ( ___ )

## I. Plaintiff:

A. Name (list any aliases): Reginald Baldwin

B. Prisoner ID #: 63272-066  Check one: Convicted ✓  Pretrial Detainee ___

C. Place of present confinement: United States Penitentiary McCreary

D. Address: P.O. Box 3000 Pine Knot, Kentucky 42635

## II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Officer Hudson
   Title or Position: Officer
   Place of Employment: United States Penitentiary McCreary

B. Defendant's Name: Officer Whittaker
   Title or Position: Officer
   Place of Employment: United States Penitentiary McCreary

Page 1 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: Officer Wilson
   Title or Position: Officer
   Place of Employment: United States Penitentiary McCreary

D. Defendant's Name: _____
   Title or Position: _____
   Place of Employment: _____

E. Defendant's Name: _____
   Title or Position: _____
   Place of Employment: _____

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

Date 10/13/18 time 10:00pm Approx, On unit 6-A after the institution 10pm lockdown inmate count was conducted by Staff working in unit 6A housing. I as well as all the other inmates at USP McCreary Institution was secured for the rest of the night. I was asigned to cell 105 with cellmate Araya Dukes we where both secured in cell 105 for the remaining of that night. During this night I and my cellmate Dukes, was talking before gettin ready to going to sleep when Officer, Avernelli was conducting his dutied making his rounds. Stoping at cell 105 where I'm asigned Officer Avernelli stood outside cell 105 viewing in at both I and my cellmate Dukes. Officer Avernelli stood viewing at cell 105 looking at me before "stating" anything. Officer, Avernelli had then "stated" I was making to much noise fars talking. I was being to loud

℠EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

Officer, Avernelli then "stated" to me that he could hear it being me all the way in the office and stated I was gonna be dealt with and exiting away back to the office. A few minutes after this ocur Officer Avernelli came back to cell 105 and while opening the food slot I was ordered by Officer Avernelli along with compond officers who then escorted me from 6·A to Lt. office and furthering me to be housed in to "special housing unit" pending a incident report and put in observation cell with camera I was housed in "SHU" pending to be medically staff cleared. "following" this incident being the next day. On Appox, Date 10/14/18 I was being housed on "C·1" range a observation cell in special housing and not medically cleared or seen by medical staff. Lt. Posey who was the "SHU" Lt. Posey came and informed me while i still in medical observation Lt. Posey then "stated" to pack up my belonging "that" I was being moved to another cell in special housing and on another range. I then packed up belongings

B. When did these events happen?

I was then escorted by Officer, Wittaker and escorting Officer J. Hutson, proceeding with escorted by Officer, Wittaker ¦ Officer, Hudson to B-2 range or A-2 range cell 228. I informed Officer Wittaker that I was refusing to be housed in cell 228 Officer, Wittaker then pulled me from facing the wall holding the inside of my arm using the less amount of his control of me and placing me face down on the floor. While handcuffed behind my back not resisting Officer, Wittaker, sitting on my back and Officer, Hudson who was on the back of my legs. After this incident on A-2 or B-2 range. I was escorted by both involved Officer, Wittaker and Officer, Hudson both taking me off A-2 or B-2 range "they" escorted me downstairs in the "SHU" into a multi-purpose holdingcell known to be a drycell. I was placed

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

and escorted by Officer, Wittaker and Officer, Hudson in this holdingcell both Officers, having full control of my arms while still handcuffed I was then placed on my knees by both Officers involved and another Officer, Wilson who started to strip "SHU" issued clothing start with shirt i had on and after this was done. I was slam face down flat on to mat and Officer, Hudson was sitting on my back grading[misspell] my hair

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

"Officer, Hudson" was grabing my hair with his had and continued to bang my upper rightside of my face on the floor causing a injurie under the rightside of my eye. This Constituted "Cruel and unusual punishment," Violation. Use of ecessive force and "Assault" being placed in Ambitory Restraints with chains a act of "torture" "Condition of Confinement" against institution USP McCreary"

IV. **Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES (√) NO (___)

2. If so, did you (check **ALL** that apply):
   <u>Yes</u> file a request or appeal to the Warden     <u>Not Able to</u> date
   <u>Yes</u> appeal to the Regional Director     <u>Not Able to</u> date
   <u>Yes</u> appeal to the Office of General Counsel     <u>Not Able to</u> date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

4. What was the result? I first started with the Administrative Remedy "BP9" as being a "sensitive issue" that was not going to be address properly inside of the institution due to it being a involvment of a staff, "assault" and how "serious" this is.

5. If you did not file a grievance, why not? I filed the Administrative Remedy informal resolution "BP-229 when the Administrative Remedy was rejected from the South Eastren Regional Office informing me I was in the wrong Regional office and to start at the Institution level I then completed the Admin. Remedy process the correct way, I was also then interviewed by the BOP Ofc. of Internal Affairs, "Prea" D.O.J." "Complaint for Sexual Assault," SIS. Wiess, Federal Medical Center "Tort Claim"

B. **State Prisoners** answer the following:

  1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES (___)  NO (___)

  2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

    ____ file a grievance and seek an informal resolution        _____ date
    ____ request a hearing from the Grievance Committee          _____ date
    ____ appeal to the Warden                                    _____ date
    ____ appeal to the Commissioner                              _____ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
        YES (___)  NO (___)
                                                                 _____ date

  3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

  4. What was the result? N/A

  5. If you did not file a grievance, why not? N/A

Page 5 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:

1. Is there a grievance/appeal policy at your jail?   YES (__) NO (__)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

   3. Did you file a grievance regarding these facts?   YES (__) NO (__)

   4. If you filed a grievance:

   a. What steps did you take to use the grievance process? _____

_____ N/A _____

_____

   b. What was the result? _____

_____

   c. If unsuccessful, did you file an appeal?   YES (__) NO (__)

   d. What was the result? _____

_____ N/A _____

   e. Did you take any further steps in the grievance process?

      YES (__) NO (__)       NO MORE AVAILABLE (__)

   f. What was the result? _____

_____

5. If you did not file a grievance, why not?: _____

_____ N/A _____

_____

Page 6 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action?  YES (___) NO ( ✓ )

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____ N/A _____

Defendant(s): _____

2. COURT: (name the district for a federal court, or the county for a state court)

_____ N/A _____

3. CASE NO.: _____ DATE FILED: _____

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____ N/A _____ Case No.: _____

   Nature of Claim: _____ Date Filed: _____

   Outcome: _____ Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____ N/A _____ Case No.: _____

   Nature of Claim: _____ Date Filed: _____

   Outcome: _____ Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

   Court Name: _____  Case No.: _____

   Nature of Claim: _____  Date Filed: _____

   Outcome: _____  Date: _____

### VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I would like to be awarded Damages, both actual and punitive damages. I would also like to be awarded expenses and attorney fees (if applicable). Punitive damages because the officers mentioned herein have a long history of physically assaulting inmates especially African American inmates and the BOP has failed to adequately address the matter, even after ample notice. Sovereign Immunity i pray the Court accept this motion until I am able to provide my six month account "tRANSAION" this institution USP McCreary institutional Trust funds Staff "Mr. Dover i requested and the Central Office is Refusing to respond to my Administrative Remedy Complaint. The institution USP McCreary is stoping and Tampering with my Legal goverment mail

### VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_Reginald Baldwin_      63272-066     6/20/19
Signature of Plaintiff     Prison ID#     Date

Plaintiff's Address: United States Penitentiary McCreary

P.O. Box 3000 Pine Knot, Ky 42635